UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 08-61321-CIV-SEITZ/O'SULLIVAN

DAVID BOGLE, a foreign resident

        Plaintiff,

vs.

M/Y "CAJUN PRINCESS," one 1988 Broward
motor yacht, bearing official number 1050450
her engines, tackle, rigging, boilers, apparel,
appurtenances, dinghies, furniture,
etc., *in rem*,

        Defendant.
_____/

**FINAL ORDER OF DISMISSAL OF RONALD HERTEL'S INTERVENING COMPLAINT**

THIS MATTER is before the Court on Ronald Hertel's Notice of Dismissal of Intervening Complaint [DE-129], filed pursuant to Fed. R. Civ. P. 41(a). After reviewing the Notice, it is hereby

ORDERED that Ronald Hertel's Intervening Complaint [DE-25-2] is DISMISSED.

DONE and ORDERED in Miami, Florida, this 11th day of June, 2009

                              _____
                              JOHN O'SULLIVAN
                              UNITED STATES MAGISTRATE JUDGE

cc.
District Court Judge Patricia A. Seitz
All Counsel of Record