UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

DAVID L. BOGLE, a foreign resident

        Plaintiff,

vs.                                CASE NO.:08-61321-CIV- O'Sullivan

M/Y "CAJUN PRINCESS," one 1988 Broward
motor yacht bearing official number 1050450
her engines, tackle, rigging, boilers, appurtenances,
dinghies, furniture, etc., *in rem*, and
MARINE RESOURCES DEVELOPMENT
FOUNDATION, INC., a Florida Corporation,
*In personam*

        Defendants.
_____/

## JUDGMENT FOR PLAINTIFF DAVID L. BOGLE AGAINST THE M/Y "CAJUN PRINCESS" *IN REM*

THIS CAUSE is before the Court upon Plaintiff, DAVID L. BOGLE's Motion for Summary Judgment against the Defendant vessel, M/Y "CAJUN PRINCESS" *in rem*. [DE 184, 2/26/2010]. This Court subsequently issued an Order holding that Plaintiff BOGLE is entitled to summary judgment in his favor and against the Vessel, M/Y "CAJUN PRINCESS", in the amount of $7,110,525.80, plus accruing interest starting from August 21, 2008. [DE 196, 5/14/2010]. The accrued interest from August 21, 2008 through May 18, 2010, is $249,062.33 calculated at 3.5% per annum, the average prime rate during that period[1].

---

[1] The rate of pre-judgment interest that should be awarded is the prime rate during the relevant period. *See, Sunderland Marine Mut. Ins. Co., Ltd. v. Weeks Marine Const. Co.*, 338 F.3d 1276, 1280 (11th Cir. 2003).

Accordingly it is hereby ORDERED AND ADJUDGED that:

1. Judgment is hereby entered on behalf of Plaintiff, DAVID L. BOGLE, and against M/Y "CAJUN PRINCESS," one 1988 Broward motor yacht bearing official number 1050450 her engines, tackle, rigging, boilers, appurtenances, dinghies, furniture, etc., *in rem*;

2. Plaintiff, DAVID L. BOGLE shall recover an award of $7,359,588.13 in damages and accrued prejudgment interest, for which execution let issue;

3. This Court retains jurisdiction to award attorneys' fees, court costs and *custodia legis* costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of May, 2010.

_____
HONORABLE JOHN J. O'SULLIVAN
U.S. DISTRICT JUDGE

CC:

Counsel of Record